# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

MICHAEL ZINAMON,                          )
                                          )
                    Plaintiff,            )
v.                                        )              NO. CIV-13-015-HE
                                          )
CLEVELAND COUNTY                          )
DETENTION CENTER, *et al.*,               )
                                          )
                    Defendants.           )

## ORDER

Plaintiff, Michael Zinamon, a state prisoner appearing *pro se*, filed this action

pursuant to 42 U.S.C. § 1983.  Consistent with 28 U.S.C. § 636(b)(1)(B), this matter was

referred for initial proceedings to former Magistrate Judge Robert E. Bacharach.  Judge

Bacharach ordered plaintiff to update the court on his finances, warning him that a failure to

comply could result in the revocation of his pauper status.  Plaintiff failed to comply by the

deadline.[1]  Therefore, Judge Bacharach recommended that the court revoke plaintiff's leave

to proceed *in forma pauperis* and order plaintiff to pay the remainder of the filing fee within

21 days.  Objections to the magistrate judge's report and recommendation were due by

March 11, 2013.

Plaintiff, having failed to object to the report and recommendation, has waived his

---

[1] *The mailing of the court's order to plaintiff was returned as undeliverable [Doc. #11].*

*Plaintiff has not maintained a current address with the clerk as required by the local rules.  "Papers*

*sent by the Court will be deemed delivered if sent to the last known address given to the Court."*

*L.Cv.R. 5.4(a).*

right to review of the factual and legal issues it addressed.  <u>United States v. 2121 E. 30th St.</u>, 73 F.3d 1057, 1059 (10th Cir. 1996); *see also* 28 U.S.C. § 636(b)(1)(C) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations *to which objection is made*." (emphasis added)).

Accordingly, the Report and Recommendation [Doc. #12] is **ADOPTED** and plaintiff's leave to proceed *in forma pauperis* is **REVOKED**.  Plaintiff is **ORDERED** to pay the remainder of the $350.00 filing fee **within 21 days of the date of this order**.  A failure to comply by the date specified, or to seek a timely extension within which to make the payment, or to show cause in writing by the date specified for payment could result in the dismissal of the action.  *See* L.Cv.R. 3.3(e).

     **IT IS SO ORDERED**.

     Dated this 19th day of April, 2013.

 

                                        _____

                                        JOE HEATON
                                        UNITED STATES DISTRICT JUDGE